**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JOSEPH N.,

                              Plaintiff,

      v.                                                6:24-CV-920 (DJS)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

---

**APPEARANCES:**                                    **OF COUNSEL:**

JOSEPH N.
Plaintiff *Pro Se*
Rome, New York 13440

SOCIAL SECURITY ADMINISTRATION      VERNON NORWOOD, ESQ.
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

     Plaintiff *pro se* has not filed a Brief in accordance with General Order 18 governing procedures in Social Security cases despite being afforded extensions to do so. Defendant Commissioner of Social Security was previously ordered to file a brief in support of the Commissioner's position setting forth all contentions which Defendant believes entitles the Commissioner to relief, by December 5, 2025. Consistent with General Order 18 that response may also be a motion to dismiss for failure to prosecute. N.D.N.Y General Order 18(D). That That deadline was tolled by operation of General Order 48 and the Court now *sua sponte* resets that deadline for January 16, 2026.

Accordingly, it is hereby

**ORDERED**, that Defendant's response shall be filed on or before January 16, 2026; and it is further

**ORDERED**, that a copy of this Order shall be provided to the parties by the Clerk of the Court.

Dated: December 16, 2025
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge