**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JOSEPH N.,

                              Plaintiff,

         - v -                                          6:24-CV-920
                                                           (DJS)
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.


**APPEARANCES:**                              **OF COUNSEL:**

JOSEPH N.
Plaintiff *Pro Se*
Rome, New York 13440

SOCIAL SECURITY ADMINISTRATION          VERNON NORWOOD, ESQ.
OFFICE OF GENERAL COUNSEL
Attorney for Defendant
6401 Security Boulevard
Baltimore, Maryland 21235

## ORDER

        Presently pending is Defendant's Motion to Dismiss based on Plaintiff's failure to prosecute this matter.  Dkt. No. 27.  Plaintiff's response was due on February 2, 2026.  Dkt. No. 28.   Plaintiff, however, has not responded to the Motion.  In light of Plaintiff's pro se status Plaintiff is granted an extension of time to respond to Defendants' Motion to February 27, 2026.

        **Plaintiff is advised that Defendant's Motion seeks dismissal of his Complaint.  If the Motion to Dismiss is granted, the Complaint will be dismissed.  Plaintiff's failure to respond to the Motion and justify his failure to prosecute this matter may be viewed as an additional basis on which to grant the Motion.**

        **WHEREFORE**, after due consideration, it is hereby

**ORDERED**, that Plaintiff shall file and serve any opposition to Defendant's Motion to Dismiss **on or before February 27, 2026**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: February 3, 2026
       Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge